IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. EVANS,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>WEST SACRAMENTO, CA P.D.,<br><br>　　　　Defendant(s). | No. C 05-4105 CRB (PR)<br><br>ORDER OF DISMISSAL<br><br>(Doc # 2) |

　　　　Plaintiff, a prisoner at San Quentin State Prison in San Quentin, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 claiming some sort of unspecified wrongdoing on the part of the West Sacramento, California Police Department.

　　　　Although plaintiff sets forth no specific facts, the West Sacramento police department is in Yolo County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). The instant action therefore should be brought in the Eastern District. See id. § 1391(b).

　　　　For the foregoing reasons, plaintiff's action against the West Sacramento police department is DISMISSED without prejudice to filing in the Eastern District.

　　　　The clerk shall enter judgment in accordance with this order, terminate all pending motions as moot (see, e.g., doc # 2), and close the file. No fee is due.

SO ORDERED.

DATED:　October 26, 2005　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge